IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEVIN DERELL BILLIOUPS )
)
    v. ) NO. 3:11-0195
)
THE METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, et al. )

**O R D E R**

Presently pending is the motion to dismiss (Docket Entry No. 17) of Defendant ABL Management, Inc. ("ABL"). The plaintiff shall have until June 24, 2011, to file a response to the motion. Failure to file a response may result in a recommendation that the claims against this defendant be dismissed.

So ORDERED.

                                                                                          JULIET GRIFFIN
                                                                                          United States Magistrate Judge