IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEVIN DERELL BILLIOUPS | ) | |
| | ) | |
| v. | ) | NO. 3:11-0195 |
| | ) | |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY, et al. | ) | |

**O R D E R**

Presently pending is the motion to dismiss (Docket Entry No. 22) of Defendants Metropolitan Government of Nashville and Davidson County, Tennessee, Thomas Wright, and Timothy Hindsley. The plaintiff shall have until June 24, 2011, to file a response to the motion. Failure to file a response may result in a recommendation that the claims against these defendants be dismissed.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge