IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEVIN DERELL BILLIOUPS        )
                                        )
     v.                         )     NO. 3:11-0195
                                          )
THE METROPOLITAN GOVERNMENT OF    )
NASHVILLE AND DAVIDSON COUNTY, et al.  )

**O R D E R**

By Order entered August 19, 2011 (Docket Entry No. 47), the Court denied the motions to dismiss filed by Defendants ABL Management, Inc. (Docket Entry No. 18), and Defendants Metropolitan Government of Nashville and Davidson County, Thomas Wright, and Timothy Hindsley (Docket Entry No. 22). Accordingly, the defendants shall answer the complaint by September 16, 2011, after which the Court will enter a scheduling order setting out deadlines for pretrial activity in the action.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge