IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEVIN DERELL BILLIOUPS )
)
v. ) NO. 3:11-0195
)
THE METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, et al. )

**O R D E R**

Pending before the Court is the plaintiff's motion (Docket Entry No. 76) for leave of the Court to serve untimely discovery requests. Although the caption of the motion suggests that the plaintiff wants to serve written discovery on the defendants after the deadline for the completion of discovery,[1] it appears that the plaintiff really seeks leave to file the motion to compel (Docket Entry No. 77), which he filed contemporaneously with his motion for leave, after the December 19, 2011, deadline for filing discovery motions and, as such, the plaintiff's motion is GRANTED.

The defendants have filed a response (Docket Entry No. 81) to the motion to compel. The motion to compel will be ruled on as expeditiously as possible.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The September 8, 2011, Scheduling Order specifically provided that written discovery must be served at least 30 days before the December 19, 2011, deadline for completion of all discovery.